# Exhibit A
Redacted

# Exhibit B

1/30/17

Dear Judge Crotty,

  My name is Reyes Cruz and I am Kelvin Acosta's mother. I work as a pattern maker and assistant designer at Advance America located at 270 38th street New York, New York I have worked there for many years. I want to write to you today so that you can understand more about who my son is. Right now all you know about him is this case but he is so much more than just that. I want to tell you about how he grow up, some difficult things in his life and how he has improved since this case started.

  Growing up my son was a very quiet and shy boy but he was well behaved. He did not have very many friends in school. He would be friends with his cousins a little bit but he did not have friends from school. I do remember that he used to talk about a boy named Justin as a friend, but I never met him. Kelvin was a really shy boy. He had problems in school and had trouble reading. I also have trouble reading and so does my daughter. The school never let me know that Kelvin had the problem. We found out he had a hard time reading when he was in 7th grade. It was already too late to fix it properly. When he wasn't able to read very good that made school difficult and he didn't want to go to school because of the way he felt. After the first year of high school he gave up and didn't want to go anymore. My little daughter had the same problem but she was okay she got help in school, they took her out of class and worked with her and five other children in individual attention. She is going to college this year but the school is going to give her individualized attention. Kelvin never got the same attention and that was hard for him.

  He was always quiet and respectful, but I worried about him being too quiet. I took him to counselling when he was little but he refused, he did not want to open up. He was maybe like 12 years old. I wanted to take him because the school started to let me know that he does not want to go to school because he felt uncomfortable because of his low reading skills. He did not feel like he was on the same level as the other kids and he told me that they would make fun of him. For example, if he would try to read out loud and he could not do it then they would make fun of him and laugh at him.  I wanted him to open up. He went a few times to the counseling but didn't like it so then he refused.

  He used to play baseball in school too. He was on the team but they would not let him play at first because they judged him based on his personality so they would always have him sit on the bench. One day he proved himself to be good so they let him play from then on. He was so happy that he was able to do this. He still has the trophy and the ball from this. Even though they let him play eventually I felt uncomfortable with how they treated him at first so I know he must have felt even worse about it.

  His father, Juan Acosta, tried to be a good father but he treat Kelvin different which was bad. I always support my kid and understand each of them is unique but Juan was expecting more from Kelvin. He expected that Kelvin would do better in school that all he needed to do was try harder. I am the kind of person that will accept whatever my kid can do. I give them the best, and whatever they can do is good for me. I love them the same and

expect them to give me whatever they can, not what I want. But Juan was not good at being accepting.

    Juan used to drink a lot when Kelvin was younger, too. I tried to hide this from my kids but I know they saw it anyway. Juan was not there for Kelvin when he was younger. I was mother and father for Kelvin so his father feels bad for not being there for his son. He did not give a good example to Kelvin. He used to use drugs and alcohol and would gamble. For example, if on Thursday he get paid the next day he go to the bar and drink and gamble it all away. He could make $1,000 then go the bar and buy everyone drinks then the next day he would ask me for money for a metrocard because he spent it all the night before. He was also verbally abusive to me and my kids. Every time we would try to talk to him he would just yell at us and refuse to communicate. All of this was a bad example for my kids and it lead to us separating.

    Sometimes Kelvin and his dad would get into arguments when Kelvin was 12 years old and when he was showing the behaviors about not wanting to go to school. His father never kiss him or tell him that he love him. He gets frustrated with Kelvin because of his inability to do well in school but he treated his daughters differently. He would tell his daughters that he loved them and was proud of them but not Kelvin. Because his father is unable to express himself in a healthy way I know that that hurts Kelvin, and that hurts me too. I love my three kids and I show them that but their dad is not so good about that. I know Juan loves Kelvin deep down even if he doesn't show it. I always tell Juan to treat his three kids the same but he is not good at that.

    Kelvin has never been good with relationships with girls either. He used to go out but he would never bring anyone home. He would tell me that he was going to go out but would never tell me about them again after that. He would ask me for money because he was going to go out with his girlfriend that he said he had to a bar, but I never met them. He had a laptop in his room. He would spend the whole day on the computer, he would be on the computer when I left for work and when I got home he would still be on it until I went to sleep. He didn't want to talk to anyone, he just want to be on the computer.

    I am always going to love my son, but before he went to jail in this case he was going to therapy and it was really helping him. I could see the difference was big. He was doing so much better and it was so good to see. He say to me that he forgive his father that he doesn't mind to live with him anymore that he forgive his father. Even he like his father clothes and sometimes he would wear them. Before his relationship with his sisters was also bad. They would be kind of mean to him like how his father was to him. But now they have a better relationship they talk and they come to see him. He reached out to his sisters to try to form a relationship after he start therapy. He forgive them for being mean to him.

    I would like to see my son continue to get the help that he was getting. I love the way he was improving. He seemed like a different person. He was more open. He had more communication. He was taking care of himself, he was losing weight, he seemed more happy. The way he dress he tucked in his shirt and he would say he was getting compliments. It makes him so happy about the way that he looks he used to say the

counselors at therapy would complement him and it makes him so happy. When he was forced to go to therapy he was doing much better, was losing weight and was better socializing with people.

It made me sad that he had to go to jail and stop with the help he was getting when he was outside because it was making such a positive difference. But still I support him and still his father and sister are supporting him now too. Because of this case, he has recently developed a better relationships with my two daughters and his father. They go to see him and talk to him inside which is good.

I know that my son is very sorry and really, really regrets what he did. I know that he needs to be punished and I agree with that but I also know that he needs the opportunity to show that he can move on in life and work in a career. If he stays in jail for a really long time though it will be so much more difficult for him to be successful on the outside. But if he is outside with me and his family then he would do so much better because he will get his GED and get a job. Every time my son goes to counseling or anything if I have to go with him I will go. He is very independent he doesn't need me to hold his hand, but he does need my support and I am so happy to do that. I will be there to support my son and help him do everything and anything the system wants him to do to prove that he can be productive and law abiding member of society.

Thank you for reading my letter. I hope it helps you understand my son better.

Sincerely,
Reyes Cruz

Exhibit C

Dear Judge Paul A. Crotty,

My name is Reyes Julisa Claudio, I am the younger sister of Kelvin Acosta. I am writing to you to shine a bit of light on my brother and his story. I know that you may not know him but to us he is more than just family.

Growing up my brother was my first friend and teacher. We grew up in a traditional Dominican American house hold. Being the first generation children of Dominican immigrants had its pros and cons. We had a tight knit family, very isolated from the outside world. We never went on sleepovers or over people's houses, our family was everything to us. Our Mother worked very hard to put us all in catholic school and wanted the best for her three children.

Our father tried his best to be a good father but fell short more times than not. Our Father didn't really know how to be a Dad and I think Kelvin suffered the most for it. Being the only son and the oldest. He had the most expectations and at the same time witnessed most of the dysfunction in our family. We had a challenging upbringing with the immense pressures of our parents and the closed mindedness of our family. We were always considered the "black sheep" of our external family members because my mother's side of the family did not want her to marry my Father. We always felt out of place and with no true sense of home. Kelvin always helped my younger sister Katherine and I feel loved and supported. We would play so many games at home and just escape into our own little world. All three of us shared a room together until he was about twelve years old. Just to tell you how close we used to be growing up.



In no way does this letter or his past excuse any of the things he has done. I know that he has done wrong and I know that he is very remorseful. I just want to show you another side to my brother not many people know. We had grown a bit apart in the last five years or so but never fully out of touch. However, since his incarceration we talk every day and I have seen a different side of him. He lost over fifty pounds and truly cares about his life and how it is affecting ours. I love my brother and will always be here to support him. Kelvin has always been a sensitive, sweet and caring sibling. I became a mother at a young age and Kelvin never judge me and only supported me. His nephews love him so much and miss him dearly.

Overall, I hope this has given you a fully picture of Kelvin's life. Thank you for taking the time to read this letter.

Sincerely,
Reyes Julisa Claudio

# Exhibit D
Redacted

# Exhibit E
Redacted

# Exhibit F
Redacted