# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2024

May 14, 2024

Hon. Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

APPLICATION GRANTED. Any proposed briefing schedule is due by June 28, 2024. SO ORDERED.

Dated: May 15, 2024

United States v. Kelvin Acosta
16 Cr. 0296 (MMG)

Dear Judge Garnett:

    I represent Mr. Acosta in the above referenced case. I am assigned to Mr. Acosta's case in order to make an application for a sentence reduction. From the research I have done to date, and in conformity with the determination of probation, Mr. Acosta is ineligible for a sentence reduction. Notwithstanding many attempts, I have not yet been able to speak with Mr. Acosta for reasons related primarily to the impenetrability of the Bureau of Prisons. I am reluctant to concede his ineligibility for a reduction without at least discussing it with him and hearing his position on the issue.

    I, therefore, write with the consent of the AUSA handling this mater, Michael Neff seeking an additional six week adjournment to continue trying to contact Mr. Acosta.

    Thank you for your attention to this matter.

Respectfully submitted,

*David Stern*

David Stern